# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148288(103)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                  SC: 148288
                                  COA: 298929

KEITH T. ROBINSON,
       Defendant-Appellant.
                                  Wayne CC: 95-010596-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's April 23, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      MCCORMACK, J. not participating because of her prior involvement in this case as counsel for a party.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014 _____

d0721


                                     Clerk